911 P.2d 1110

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Entendencia v. State | 17178 | 2/26/96 | Affirmed |
| Shimote v. ZZWT Trust | 17744 | 2/26/96 | Affirmed |
| Deer Creek Ranch v. Callahan | 17649 | 2/29/96 | Dismissed |
| Saluni v. Schubert | 16763, 16987 | 2/29/96 | Vacated and Remanded |